DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LETICIA RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR.S 02-0217-FCD |
| Plaintiff, | ) ORDER APPOINTING COUNSEL |
| v. | ) JUDGE: Hon. Frank C. Damrell Jr. |
| LETICIA RODRIGUEZ, | ) |
| Defendant. | ) |

The defendant, LETICIA RODRIGUEZ, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel as follows:

[ X ]  Assistant Federal Defender, BENJAMIN GALLOWAY

[   ]  CJA Panel Member _____ because the Federal Defender has a conflict in this matter.

Our office was notified on October 22, 2008, by the United States Attorneys Office that a supervised release petition had been filed in this case. Our office contacted Ms. Rodriguez on October 23, 2008.  Ms. Rodriguez subsequently requested the appointment of counsel.

It appears that Ms. Rodriguez qualifies for such appointment.

A Financial Affidavit is included with this application as evidence of the defendant's inability to obtain counsel.

DATED: October 24, 2008

>Respectfully submitted,
>DANIEL J. BRODERICK
>Federal Defender
>
>/s/ Benjamin Galloway
>BENJAMIN GALLOWAY
>Assistant Federal Defender

Having satisfied the court that LETICIA RODRIGUEZ is unable to employ counsel, the court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

DATED: October 24, 2008

FRANK C. DAMRELL JR.
UNITED STATES DISTRICT JUDGE