DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LETICIA RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S.02-0217-FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: October 27, 2008 |
| LETICIA RODRIGUEZ, ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

It is hereby stipulated and agreed to between the United States of America through ROBERT TWISS, Assistant U.S. Attorney, and defendant, LETICIA RODRIGUEZ by and through her counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the initial appearance set for Monday, October 27, 2008 be continued to Monday, November 24, 2008 at 10:00 a.m.. The reason for this continuance is to allow defense counsel additional time to review the allegations in the petition with the defendant, to examine possible defenses and to investigate the allegations.

///

///

```
1  DATED: October 24, 2008        Respectfully submitted,
                                  DANIEL J. BRODERICK
2                                 Federal Defender

3                                 /S/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
4                                 Assistant Federal Defender
                                  Attorney for Defendant
5                                 LETICIA RODRIGUEZ

6

7  DATED: October 24, 2008        McGREGOR W. SCOTT
                                  United States Attorney
8

9                                 /s/ Benjamin Galloway for
                                  ROBERT TWISS
10                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
11
```

## O R D E R

**IT IS SO ORDERED**

DATED: October 24, 2008

———————————————
FRANK C. DAMRELL, JR.
United States District Judge