```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LETICIA RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br> LETICIA RODRIGUEZ,                )<br>                                  )<br>            Defendant.            )<br> _____ ) | CR.S. 02-217-FCD<br><br>**STIPULATION AND ORDER**<br><br>DATE: January 12, 2009<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Frank C. Damrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, and defendant, LETICIA RODRIGUEZ by and through her counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the dispositional hearing set for Monday, January 12, 2009 be continued to Tuesday, February 17, 2009 at 10:00 a.m..  The reason for this continuance is to allow defense counsel additional time to review the dispositional memorandum with the defendant, to examine possible alternative dispositions, and to prepare a defense dispositional memorandum to be filed with the Court.

///

///

| | | |
|---|---|---|
| 1 | DATED: January 9, 2009 | Respectfully submitted,<br>DANIEL J. BRODERICK |
| 2 | | Federal Defender |
| 3 | | /S/ Benjamin Galloway<br>BENJAMIN GALLOWAY |
| 4 | | Assistant Federal Defender<br>Attorney for Defendant |
| 5 | | LETICIA RODRIGUEZ |

DATED: January 9, 2009          McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Benjamin Galloway for
                                TODD LERAS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED: January 9, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE